UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal Action No. 3: 10-13-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 3: 13-7296-DCR |
| V. | ) | |
| | ) | |
| RONALD CRAIG HORNBACK, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised by Defendant/Movant Ronald Craig Hornback in this collateral proceeding.

2. This proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for any delay.

This 18th day of June, 2014.

